In the Matter of the Claim of FANNIE TUSHINSKY, Respondent, against NATIONAL BROADCASTING COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued February 23, 1944; decided April 6, 1944.

*Charles P. Barre* for appellants.

*Charles S. Phillips* for claimant-respondent.

Appeal dismissed, without costs on the ground that the opinion of the Appellate Division was not intended to conclude the Board upon any debatable issue of fact.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.